UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLYDE J. RIXNER | * | CIVIL ACTION NO. 22-419 |
| | * | |
| VERSUS | * | SECTION: "J"(1) |
| | * | |
| KILOLO KIJAKAZI, | * | JUDGE CARL J. BARBIER |
| COMMISSIONER OF THE SOCIAL | * | |
| SECURITY ADMINISTRATION | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation **(Rec. Doc. 28)**, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the cross-motion of the defendant Kilolo Kijakazi, Commissioner of the Social Security Administration, for summary judgment (Rec. Doc. 26) is **GRANTED**; and (2) the motion of the plaintiff, Clyde J. Rixner, for summary judgment (Rec. Doc. 24) is **DENIED.**

New Orleans, Louisiana, this 22nd day of February, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE